Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Kimberly M Johnson and Jonathan K Johnson

Debtor(s).

Case Number: 21−12279−MLB
Chapter: 13

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **April 22, 2022** by U.S. Bankruptcy Court Judge **Marc Barreca**.

Dated: April 22, 2022

                                                          Mark L. Hatcher
                                                          Clerk, U.S. Bankruptcy Court